**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


<u>Shirley Brouillard</u>

    v.                                          Civil No. 07-cv-367-SM

<u>US Social Security Administration</u>


**<u>ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS</u>**

    Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

    **SO ORDERED.**

                                                  _____
                                                  James R. Muirhead
                                                  United States Magistrate Judge

Date:  November 9, 2007

cc:    Raymond J. Kelly, Esq.